**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

FILED_____ ENTERED_____
LODGED_____ RECEIVED

APR 2 8 2008

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SAPNA MIRCHANDANI
STAFF ATTORNEY

April 28, 2008

The Honorable Marvin J. Garbis
United States District Judge
United States District Court for the District of Maryland
U.S. Courthouse, Chambers 5C
101 West Lombard Street
Baltimore, MD 21201

**Crack Retroactivity - Status Report**

Re: *United States v. Kenneth Osobor*, Case No. MJG-90-252

Dear Judge Garbis:

Please accept this letter as a status report in the above-captioned case. The U.S. Probation Office has reviewed Kenneth Osobor's case and has determined that he is not eligible to seek a reduced sentence under 18 U.S.C. § 3582 and Amendment 706 to the U.S. Sentencing Guidelines because his offense of conviction did not involve cocaine base. Upon reviewing Mr. Osobor's file, counsel agrees. Mr. Osobor was convicted of one count of conspiracy to import a mixture containing heroin, in violation of 21 U.S.C. § 963, and two counts of unlawfully distributing a mixture containing heroin, in violation of 21 U.S.C. § 841. His offense involved at least 10 kilograms but less than 30 kilograms of heroin (or the equivalent amount of another Schedule I or II opiate). Because no amount of crack cocaine contributed to the calculation of Mr. Osobor's sentence, he does not qualify for a sentence reduction under 18 U.S.C. § 3582 and Amendment 706.

Thank you for your attention to this matter. Please let me know if I can provide any further assistance.

Sincerely,

Sapna Mirchandani

cc: Barbara Sale, Assistant U.S. Attorney
Estelle Santana, U.S. Probation Officer
Kenneth Osobor